Robert and Monica Zuniga
6921 Edgebrook Drive
Corpus Christi, Texas 78413
(361)-904-1570

United States District Court
Southern District of Texas
FILED

NOV 1 8 2009

Clerk of Court

Court Registry
U.S. District Court
P.O. Box 61010
Houston, Texas 77208

November 1,2009

RE: Case Number 0820481C13

## **MOTION TO PAY UNCLAIMED FUNDS**

Dear Sir / Ma'am,

Come now the undersigned, to request payment of any and all unclaimed funds now on deposit with the Trustee of the Court. Claimants are the individuals in the above captioned bankruptcy case and on whose behalf these funds were deposited. Said bankruptcy has been dismissed per Order of the Court. The money in the court registry was originally sent to the claimants mortgage company, however the mortgage company refused payment and sent the back to the trustee. The claimants mortgage company is now working on a payment plan with them.

Kindly forward payment of all unclaimed funds to the address listed above.

Respectfully submitted,

Robert Zuniga

Monica Zuniga